37 A.3d 587

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Raynard TAYLOR, Petitioner.**

**No. 92 EM 2011.**

Supreme Court of Pennsylvania.

Feb. 10, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 10th day of February, 2012, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED.** Counsel is directed to file a Petition for Allowance of Appeal within 30 days of this order.